IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>**v.**<br><br>**VERÓNICA EDITH NEGRÓN-COLÓN,**<br>**Defendant.** | **Crim. No. 18-622 (PAD)** |

### UNITED STATES OF AMERICA'S INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, by and through the undersigned attorney, and very respectfully informs the following:

1. On behalf of the United States, the undersigned respectfully informs the Honorable Court and the parties of the instant case that she is out on leave throughout the month of December 31, 2020.

**WHEREFORE**, the United States respectfully requests the Honorable Court to note the above for the purpose of responding to orders and motions, if any, before January 4th, 2021.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of December 2020.

                                                W. STEPHEN MULDROW
United States Attorney

*s/Desirée Laborde-Sanfiorenzo*
Assistant United States Attorney
USDC-PR No. 208110
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918
Tel: 787-766-5656

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 11th day of December 2020.

*s/ Desirée Laborde-Sanfiorenzo*
Desirée Laborde-Sanfiorenzo
Assistant United States Attorney
USDC-PR No. 208110